

November 18, 2021

Robert T. Adams

2555 Grand Blvd.
Kansas City, Missouri 64108
**t** 816.474.6550
**dd** 816.559.2230
**f** 816.421.5547
rtadams@shb.com

**VIA ECF**

Senior District Judge Nanette K. Laughrey
Charles Evans Whittaker U.S. Courthouse
400 E. 9th Street
Kansas City, Missouri 64106

**Re:** *James DuCharme v. DST Systems, Inc.*
Case No. 4:21-cv-09091-NKL

Dear Judge Laughery:

On behalf of DST Systems, Inc. ("DST"), we write to inform the Court that, on November 18, 2021, the United States District Court for the Southern District of New York entered a preliminary injunction enjoining Plaintiff (along with other Arbitration Claimants) from instituting new actions or litigating in arbitration or other proceedings against DST matters arising out of or relating to the facts or transactions alleged in the amended complaint in the action *Ferguson v. Ruane Cuniff & Goldfarb Inc.*, 17-cv-6685 (ALC), the Rule 23(b)(1) mandatory class proceeding in which Plaintiff is a class member. The *Ferguson* Court's Order is attached as Exhibit A. Judge Carter read his decision at today's hearing and we will provide a transcript when it is available.

We respectfully submit that this action should be stayed while the injunction remains in effect. In light of the injunction prohibiting Plaintiff from further prosecuting this action, DST intends to take no further action in this proceeding absent contrary instruction by the Court.

Respectfully submitted,

Robert T. Adams

RTA/rl
Attachment

ATLANTA | BOSTON | CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | NEW YORK |
ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | ST. LOUIS | TAMPA | WASHINGTON, D.C.

Case 4:21-cv-09091-NKL   Document 10   Filed 11/18/21   Page 1 of 1