# THE KLAMANN LAW FIRM

*4435 Main Street, Suite 150, Kansas City, Missouri 64111*
*Telephone: (816)421-2626   Fax: (816)421-8686*

November 19, 2021

**By ECF and Email**
The Honorable Nanette K. Laughrey
Charles Evans Whittaker U.S. Courthouse
400 E. 9th Street
Kansas City, Missouri 64106

   Re: *Letter from DST Systems, Inc.*

Dear Judge Laughrey:

  I write to advise that Plaintiff's Motion to Confirm the Arbitration Award, which "under the FAA and the facts presented here" presents the Court with "effectively a ministerial task," *Hursh v. DST Sys., Inc.*, No. 4:21-MC-021-9026-NKL (W.D. Mo. Oct. 4, 2021), is fully briefed and requires no further action by the parties that would violate Judge Carter's injunction. Plaintiff will therefore await Your Honor's instructions and/or Order(s) unless and until directed by this Court to do otherwise.

  Thank you.

                   Respectfully submitted,

                   Andrew Schermerhorn

cc:  All counsel of record